UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 0972 - WQH |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| RAMON VASQUEZ-CABRALES (1), BERNICE PELAYO-HERNANDEZ (2), DENISE PELAYO-HERNANDEZ (3), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about March 25, 2008, within the Southern District of California, defendants RAMON VASQUEZ-CABRALES, BERNICE PELAYO-HERNANDEZ and DENISE PELAYO-HERNANDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Eduardo Reyes-Rodriguez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//

//

WDK:em:San Diego
4/7/08

Count 2

On or about March 25, 2008, within the Southern District of California, defendants RAMON VASQUEZ-CABRALES, BERNICE PELAYO-HERNANDEZ and DENISE PELAYO-HERNANDEZ, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, Ramon Torres-Silva, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (V)(II).

Count 3

On or about March 25, 2008, within the Southern District of California, defendants RAMON VASQUEZ-CABRALES, BERNICE PELAYO-HERNANDEZ and DENISE PELAYO-HERNANDEZ, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, Juan Carlos Yepez-Yepez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 9, 2008.

A TRUE BILL,

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney

2