PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2008 APR 14 A 11: 38

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Ramon Vasquez-Cabrales ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. __08cr972__ <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/(Magistrate Judge,) **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted)/ Case Disposed / Order of Court).

Juan Carlos Yepez-Yepez

DATED: __4/11/08__

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
           Deputy Clerk