| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | JOSEPH J.M. ORABONA |
|   | Assistant United States Attorney |
| 3 | California State Bar No. 223317 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5610 |
|   | Facsimile:  (619) 235-2757 |
| 6 | Email: joseph.orabona@usdoj.gov |
| 7 | Attorneys for Plaintiff |
|   | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | Criminal Case No. 08CR0972-WQH |
|                                         ) | |
|                   Plaintiff,            ) | |
|                                         ) | |
|             v.                          ) | **NOTICE OF APPEARANCE** |
|                                         ) | |
| RAMON VASQUEZ-CABRALES (1),             ) | |
| BERNICE PELAYO-HERNANDEZ (2),           ) | |
| DENISE PELAYO-HERNANDEZ (3),            ) | |
|                                         ) | |
|                   Defendants.           ) | |
|                                         ) | |
|                                         ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  <u>Name</u>

6  None

7

8  Please call me at the above-listed number if you have any questions about this notice.

9  DATED: April 16, 2008.

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    <u>/s/</u> *Joseph J.M. Orabona*
    JOSEPH J.M. ORABONA
    Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>RAMON VASQUEZ-CABRALES (1),  )<br>BERNICE PELAYO-HERNANDEZ (2), )<br>DENISE PELAYO-HERNANDEZ (3),  )<br>  )<br>        Defendants.  )<br>_____ ) | Case No. 08CR0972-WQH<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States and this Certificate of Service on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Linda Lopez
   Federal Defenders of San Diego, Inc.
   225 Broadway, Suite 900
   San Diego, California 92101-5008
   Tel:  (619) 234-8501
   Email: linda_lopez@fd.org
   *Attorney for Ramon Vasquez-Cabrales*

2. Charles N. Guthrie
   Law Offices of Charles N. Guthrie
   121 Broadway, Suite 531
   San Diego, California 92101-3596
   Tel:  (619) 230-8598
   Email: charlesnguthrie@aol.com
   *Attorney for Bernice Pelayo-Hernandez*

3. Holly S. Hanover
   Law Offices of Holly S. Hanover
   1016 La Mesa Ave.
   Spring Valley, California 91977
   Tel:  (619) 295-1264
   Email: netlawyr@aol.com
   *Attorney for Denise Pelayo-Hernandez*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney