KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No. 223317
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7736
Facsimile:  (619) 235-2757
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0972-WQH |
| ) | |
| Plaintiff, ) | Date:  May 19, 2008 |
| ) | Time:  2:00 p.m. |
| v. ) | |
| ) | The Honorable William Q. Hayes |
| RAMON VASQUEZ-CABRALES (1), ) | |
| BERNICE PELAYO-HERNANDEZ (2), ) | **UNITED STATES' NOTICE OF MOTIONS** |
| DENISE PELAYO-HERNANDEZ (3), ) | **AND MOTIONS FOR:** |
| ) | |
| Defendants. ) | **(1)   RECIPROCAL DISCOVERY; AND** |
| ) | **(2)   LEAVE TO GRANT FURTHER** |
| ) | **MOTIONS** |

PLEASE TAKE NOTICE that on May 19, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, will move the Court to enter an order granting the following motions.

/ /

/ /

/ /

**MOTIONS**

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, hereby moves this Court for an order granting the following motions for:

1. Reciprocal Discovery; and
2. Leave to File Further Motions

The motions noted above are based on the files and records of this case, together with the a separately captioned statement of facts and memorandum of points and authorities.

DATED: April 28, 2008

                Respectfully submitted,

                KAREN P. HEWITT
                United States Attorney

                /s/ *Joseph J.M. Orabona*
                JOSEPH J.M. ORABONA
                Assistant United States Attorney