1  **LINDA LOPEZ**
   Florida Bar No. 0177301
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5030
   Telephone:  (619) 234-8467
4  linda_lopez@fd.org

5  Attorneys for Mr. Vasquez-Cabrales

6

7

8                             UNITED STATES DISTRICT COURT

9                            SOUTHERN DISTRICT OF CALIFORNIA

10                            (**HONORABLE WILLIAM Q. HAYES**)

11 | UNITED STATES OF AMERICA,         ) CASE NO. 08CR0972-WQH
                                      )
12 |        Plaintiff,                 ) DATE: May 19, 2008
                                      ) TIME: 2:00 p.m.
13 | v.                                )
                                      ) **NOTICE OF MOTIONS AND MOTIONS**
14 | **RAMON VASQUEZ-CABRALES,**       ) **TO:**
                                      ) **1)   COMPEL DISCOVERY; AND**
15 |        Defendant.                 ) **2)   LEAVE TO FILE FURTHER**
   | _____  )      **MOTIONS**
16

17 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
          JOSEPH ORABONA, ASSISTANT UNITED STATES ATTORNEY:
18
          PLEASE TAKE NOTICE that on May 19, 2008, at 2:00 p.m., or as soon thereafter as counsel
19
   may be heard, Defendant Ramon Vasquez-Cabrales, by and through his attorneys, Linda Lopez and Federal
20
   Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.
21

22

23

24

25

26

27

28

**MOTIONS**

Defendant Ramon Vasquez-Cabrales, by and through his attorneys, Linda Lopez and Federal Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order:

(1) Compel discovery; and

(2) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

                                                                           Respectfully submitted,

Dated: April 29, 2008                    */s/ Linda Lopez*
                                              LINDA LOPEZ
                                              Federal Defenders of San Diego, Inc.
                                              Attorneys for Mr. Vasquez-Cabrales
                                              linda_lopez@fd.org