UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08mj0942 |
| Plaintiff | ) | CRIMINAL NO. 08cr0972-WQH |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Ramon Vasquez-Cabrales | ) | Booking No. 07968298 |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,  **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Ramon Torres-Silva

DATED: 5/22/08

**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____            OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _____
           Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082