**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Vasquez-Cabrales

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,   ) | Case No. 08CR0972-WQH |
|---|---|
| Plaintiff,   ) | |
| v.   ) | **NOTICE OF APPEARANCE** |
| **RAMON VASQUEZ-CABRALES,**   ) | |
| Defendant.   ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance *co-counsel* in the above-captioned case.

Respectfully submitted,

Dated: June 27, 2008

/s/ *Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Vasquez-Cabrales
Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  June 27, 2008                                              */s/  Candis Mitchell*
                                                                                **CANDIS L. MITCHELL**
                                                                                Federal Defenders of San Diego, Inc.
                                                                                225 Broadway, Suite 900
                                                                                San Diego, CA  92101-5030
                                                                                (619) 234-8467  (tel)
                                                                                (619) 687-2666  (fax)
                                                                                Candis_Mitchell@fd.org