AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plantiff,
  V.

RAMON VASQUEZ-CABRALES,
        Defendant.

**APPEARANCE**

Case Number: 08CR0972-WQH

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RAMON VASQUEZ-CABRALES
I am replacing CANDIS L. MITCHELL on this case.

I certify that I am admitted to practice in this court. PRO HAC VICE.

8/13/2008
Date

/s/ LINDA LOPEZ
Signature

Linda Lopez/ Federal Defenders of SD    177301
Print Name      Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City    State    Zip Code

(619) 234-8467    (619) 687-2666
Phone Number    Fax Number

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 13, 2008                                          ____/s/  Linda Lopez_____
                                                                                    LINDA LOPEZ
                                                                                    Federal Defenders of San Diego, Inc.
                                                                                    225 Broadway, Suite 900
                                                                                    San Diego, CA 92101-5030
                                                                                    (619) 234-8467  (tel)
                                                                                    (619) 687-2666  (fax)
                                                                                    e-mail: Linda_Lopez@fd.org